UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| D.W., etc., | : | Civil Action   10-2775(KSH) |
| Plaintiff, | : | |
| -vs- | : | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |
| | : | |

Upon reading the affidavit of Plaintiff requesting that he/she be permitted to proceed *in forma pauperis*:

IT IS on this 16th day of June, 2010;

ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefor, in accordance with Section 1915 (a), Title 28, United States Code; and it is further

ORDERED that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the complaint and summons upon Defendant, pursuant to 28 U.S.C. §1915(d), with all costs of service advanced by the United States.

_____
KATHARINE S. HAYDEN, U.S.D.J.

DNJ-Civ-011